IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ashley Zanders,<br><br>    Plaintiff,<br><br>vs.<br><br>Receivable Management Group, Inc.,<br>a Georgia corporation,<br><br>    Defendant. | Case No.:<br><br><br><br>**COMPLAINT**<br><br><br>**JURY TRIAL DEMAND** |

## COMPLAINT AND JURY DEMAND

**NOW COMES THE PLAINTIFF, ASHLEY ZANDERS, THROUGH COUNSEL, BY,** and for her Complaint against the Defendant, pleads as follows:

### JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

### VENUE

2. Venue is proper in the Northern District of Georgia, Atlanta Division, as the transactions and occurrences that give rise to this action occurred in Stockbridge, Henry County, Georgia.

1

## PARTIES

3. Plaintiff is a natural person residing in Henry County, Georgia.

4. The Defendant to this lawsuit is Receivable Management Group, Inc., which is a Georgia corporation that maintains its registered agent in the City of Columbus, in Muscogee County, Georgia.

## GENERAL ALLEGATIONS

5. Defendant is attempting to collect a consumer debt allegedly owed to Emerginet ER Physicians ("the alleged Debt").

6. On July 28, 2017, Ms. Zanders obtained her Trans Union credit file and noticed Defendant reporting the alleged Debt.

7. On or about September 14, 2017, Ms. Zanders submitted a letter to Defendant disputing the alleged Debt.

8. On December 5, 2017, Ms. Zanders obtained her Trans Union credit file and noticed that Defendant failed to report the alleged Debt as in dispute, in violation of the FDCPA.

9. As a result of Defendant's actions, Ms. Zanders has suffered damages.

## COUNT I-VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

10. Plaintiff reincorporates the preceding allegations by reference.

11. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

12. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

13. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

14. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

    a. 15 U.S.C. §1692e(2)(A) by misrepresenting the character, amount or legal status of any debt. Defendant misrepresented the alleged Debt by failing to flag the alleged Debt as disputed; and

    b. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.  Defendant violated this provision of the FDCPA by failing to flag the alleged Debt as disputed.

15. Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

### DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

### JURY DEMAND

Plaintiffs hereby demand a trial by Jury.

DATED: January 29, 2018

By:   /s/ Alex Simanovsky
Alex Simanovsky
Attorneys for Plaintiff,
Ashley Zanders

Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road
Suite 300
Atlanta, GA 30345
678-781-1012 (Phone)
877-570-5413 (Fax)
alex@a-s-law.com